# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. 99-677

SOMONT OIL COMPANY, INC., )
a Montana corporation, )
)
    Plaintiff and Appellant, )
)
v. )    O R D E R
)
A & G DRILLING, INC., CAVALIER PETROLEUM, )
INC., A.G. WALLS a/k/a JOE WALLS, JOHN )
WALLS, and STEWART HOWELL all d/b/a )
C-W JOINT VENTURE, a/k/a CAVALIER-WALLS )
JOINT VENTURE, )
)
    Defendants, Respondents, )
        and Cross-Appellants. )

FILED

FEB 2 4 2000

Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

By letter, Robert J. Michels (Michels) has requested leave to file a brief *amicus curiae* in the instant appeal. We deem Michels' letter a motion pursuant to Rule 24, M.R.App.P., and further deem that his statement that he desires to "present a mineral owner's point of view on this matter" meets the requirements of Rule 24 that the applicant's motion identify the interest of the applicant and state the reasons why the brief is desirable. We observe, however, that Michels' motion is submitted on the stationery of the Northeast Montana Land and Mineral Owners Association, Inc. and is signed by Michels as President of that corporation. As a result, we caution that if the brief *amicus curiae* is to be submitted as the brief of the corporation rather than Michels, personally, it must be prepared, filed and served by an attorney admitted to practice law in the State of Montana.

    THEREFORE,

IT IS ORDERED that Michels' motion for leave to file a brief *amicus curiae* is GRANTED and said brief shall be prepared, filed and served on or before March 23, 2000.

The Clerk is directed to mail a true copy of this Order to Michels, personally, and to counsel of record for the parties.

DATED this 24 day of February, 2000.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

Justice James C. Nelson did not participate.

2